UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.    2024 CR 20009 |
| | ) | |
| RICHARD SWEITZER, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO REOPEN DETENTION HEARING OF APRIL 4, 2024**

Defendant, Richard Sweitzer, by his attorney, Brian Hiatt, moves this Court to reopen the detention hearing conducted April 4, 2024, pursuant to 18 U.S.C. § 3142(h). In support of his Motion, Defendant states the following:

1. On March 5, 2024, Defendant was indicted in this case, and an arrest warrant issued. Defendant was apprehended in the Middle District of Florida on or about March 12, 2024.

2. The documents forwarded from the Middle District of Florida are inconsistent and do not reflect a waiver of detention. Among the documents is a detention order dated March 14, 2024 finding that Defendant should be detained pending trial, without reference to a waiver. But another order from the same day, titled "Findings and Order on Removal Proceedings," states that "[n]o detention hearing has been held because the defendant elects to have the preliminary hearing conducted in the district in which the prosecution is pending."

3. None of the Florida documents reflect that Defendant expressly waived his right to a detention hearing. However, on April 4, 2024, this Court called the case for a detention hearing, found that Defendant had waived detention before the Middle District of Florida, and ordered that Defendant be detained pending trial.

4. Defense counsel was appointed by this Court on April 4 and had no opportunity to review the

Florida court orders or investigate Defendant's personal history and characteristics.

5. Defendant is 32 years old, with no criminal record. He has been diagnosed with Hirschsprung disease, a condition that involves a lack of nerve cells in the large intestine and results in stool blockages that require periodic surgeries and colostomies. Defendant's condition requires that he adhere to a special diet and receive regular fluids, among other things. Already, on or about April 25, 2024, while in custody of the Livingston County Jail, Defendant was transported to a hospital due to complications of his disease. This is likely to occur repeatedly unless jail staff attend to Defendant's unique dietary needs, which to date they have not done.

6. Defendant requests that, because of the uncertainty whether he waived detention and the previously unknown information regarding his medical condition, this Court reopen the April 4, 2024 detention hearing.

7. Section 3142 (h) provides that a detention hearing "may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." *18 U.S.C. § 3142(h)*.

WHEREFORE, Defendant prays that his Motion be allowed, that this Court reopen the April 4, 2024 detention hearing, and after the hearing, release Defendant on any condition or combination of conditions deemed appropriate.

RICHARD SWEITZER

By:    /s/ Brian Hiatt
Brian Hiatt, his attorney

**CERTIFICATE OF SERVICE**

    The undersigned counsel certifies that on May 6, 2024, he served a copy of this document to all counsel of record by notification via the electronic filing system of the Clerk of the United States District Court, Central District of Illinois.

                                                  /s/ Brian Hiatt_____
                                                  Brian Hiatt

Brian G. Hiatt P.C.
One Dearborn Square, Suite 655
Kankakee, IL  60901
(815) 304-5441
brian@brianhiattlaw.com