UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Case No. 24-CR-20009** |
| ) | |
| **RICHARD SWEITZER,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On January 21, 2026, a Report and Recommendation (#24) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, Defendant's plea of guilty as to Counts 1 and 2 of the Indictment (#1) is accepted and Defendant is adjudged guilty on those counts. The court orders that a pre-sentence investigation is to be prepared. A sentencing hearing remains set for May 29, 2026, at 3:00 pm before this court.

In addition, the government's Motion for a Preliminary Order of Forfeiture (#26) is GRANTED. The clerk is directed to enter the attached Order (#26-1).

ENTERED this 6th day of February, 2026.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE